| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Eventide Credit Acquisitions, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4 7 - 3 0 6 1 3 5 3 |
| 4. | Debtor's address | **Principal place of business**<br><br>**3805 Greenbrier Drive**<br>Number   Street<br><br>_____<br><br>**Dallas**  **TX**  **75225**<br>City   State   ZIP Code<br><br>**Dallas**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City   State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City   State   ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Eventide Credit Acquisitions, LLC** _____ Case number (if known) _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

   __5__ __4__ __1__ __9__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11.  *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor **Eventide Credit Acquisitions, LLC**_____    Case number (if known) _____

| | | |
|---|---|---|
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ☐ No<br>☑ Yes. District **Northern District of Texas**    When **01/28/2020**    Case number **20-40349**<br>                                                                                           MM / DD / YYYY<br>           District _____    When _____    Case number _____<br>                                                                                           MM / DD / YYYY<br>           District _____    When _____    Case number _____<br>                                                                                           MM / DD / YYYY |
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____    Relationship _____<br>           District _____    When _____<br>                                                                                 MM / DD / YYYY<br>           Case number, if known _____<br><br>           Debtor _____    Relationship _____<br>           District _____    When _____<br>                                                                                 MM / DD / YYYY<br>           Case number, if known _____ |
| 11. | Why is the case filed in *this district*? | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?**    *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?**    _____<br>                                            Number    Street<br>                                            _____<br>                                            City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

Debtor **Eventide Credit Acquisitions, LLC**       Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

Check one:
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [ ] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [x] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [ ] $1,000,001 $10 million | [ ] $500,000,001 $1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001 $10 billion |
| [ ] $100,001-$500,000 | [x] $50,000,001 $100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [ ] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [x] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001 $500 million | [ ] More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 06 / 2023
            MM / DD / YYYY

X _/s/ Matt Martorello_____
Signature of authorized representative of debtor

**Matt Martorello**
Printed name

**Manager**
Title

Debtor **Eventide Credit Acquisitions, LLC**    Case number (if known) _____

| | |
|---|---|
| 18. Signature of attorney | X _[signature]_ Date **09/06/2023** |
| | Signature of attorney for debtor    MM / DD / YYYY |

**Jeff P. Prostok**
Printed name

**Forshey Prostok**
Firm name

**777 Main Street**
Number        Street

**Suite 1550**

**Fort Worth**                    **TX**        **76102**
City                             State      ZIP Code

**(817) 877-8855**                **jprostok@forsheyprostok.com**
Contact phone                    Email address

**16352500**                      **TX**
Bar number                       State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| EVENTIDE CREDIT ACQUISITIONS, LLC | ) | Case No. 23-_____ |
| | ) | |
| Debtor. | ) | |
| | ) | |

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO FEDERAL
RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1**

The following entities own, directly or indirectly, 10% or more of a class of equity interests in the Debtor:

    BWH Texas, LLC; and

    Gallant Capital, LLC.

Dated: September 6, 2023.    EVENTIDE CREDIT ACQUISITIONS, LLC

By: __/s/ Matt Martorello_____
Matt Martorello, Manager

**Fill in this information to identify the case:**

Debtor name: Eventide Credit Acquisitions, LLC

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Van Ness Feldman, LLP | 1050 Thomas Jefferson St. NW Seventh Floor Washington, DC 20007 202-298-1800 | Legal services | | | | Unknown |
| 2 | Nutter, McClennen & Fish, LLP | 155 Seaport Boulevard Boston, MA 02210-2604 617-439-2421 Fax: 617-310-9421 iroffman@nutter.com | Legal Services | | | | Unknown |
| 3 | Holland & Knight, LLP | 601 SW Second Avenue Suite 1800 Portland, OR 97204 503-517-2948 kristin.asai@hklaw.com | Legal services | | | | Unknown |
| 4 | Brophy & Devaney, PLLC | The Overlook at Barton Creek 317 Grace Lane, Suite 210 Austin, Texas 78746 512-596-3623 joe@bdlawpllc.com | Legal services | | | | Unknown |
| 5 | Giordani Baker Grossman & Ripp, LLP | 100 Congress Ave. Ste. 1440 Austin, Texas 78701 lfitte@gbgrlaw.com | Legal services | | | | Unknown |
| 6 | Freeman Law, PLLC | 1412 Main Street Suite 500 Dallas, TX 75202 info@freemanlaw.com 214-984-3410 | Legal services | | | | Unknown |
| 7 | Hall Estill | 100 N. Broadway Ave. Suite 2900 Oklahoma City, OK 73102 blynch@hallestill.com | Legal services | | | | Unknown |
| 8 | Beth Gernenz | c/o Daniel A Edelman Edelman Combs Latturner & Goodwin LLC 20 S Clark St Suite 1500 Chicago, IL 60603 courtecl@edcombs.com | Litigation | Contingent, Unliquidated Disputed | | | Unknown |

Debtor  Eventide Credit Acquisitions, LLC
_____Name_____

Case number (*if known*)_____

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Richard L. Smith, Jr. and all plaintiffs | c/o Michael A. Caddell, Esq. Caddell & Chapman 628 East 9th Street Houston TX 77007 mac@caddellchapman.com | Litigation | Contingent, Unliquidated Disputed | | | Unknown |
| 10 | Dana Duggan and all plaintiffs | c/o Michael A. Caddell, Esq. Caddell & Chapman 628 East 9th Street Houston TX 77007 mac@caddellchapman.com | Litigation | Contingent, Unliquidated Disputed | | | Unknown |
| 11 | Matthew Hall | c/o Daniel A. Edelman Edelman Combs Latturner & Goodwin LLC 20 S Clark St. Suite 1500 Chicago, IL 60603 courtecl@edcombs.com | Litigation | Contingent, Unliquidated Disputed | | | Unknown |
| 12 | Renee Galloway and all plaintiffs | c/o Leonard Anthony Bennett Consumer Litigation Associates 763 J Clyde Morris Boulevard, Ste 1A Newport News, VA 23601 lenbennett@clalegal.com | Litigation | Contingent, Unliquidated Disputed | | | Unknown |
| 13 | American Arbitration Association | 150 N. Michigan Ave. Ste. 3050 Chicago, IL 60601 773-820-7801 | Arbitration services | | | | Unknown |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name __Eventide Credit Acquisitions, LLC__

United States Bankruptcy Court for the: __Northern__　District of __Texas__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(State)

Case number (If known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors　12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration __Statement of Corporate Ownership pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/06/2023__　　X _/s/ Matt Martorello_____
　　　　　　MM / DD / YYYY　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　Matt Martorello
　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　Manager
　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Official Form 202　　Declaration Under Penalty of Perjury for Non-Individual Debtors