UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MULLIN,**

Plaintiff,

v.                                              **No. 4:24-cv-00103-P**

**EVENTIDE CREDIT ACQUISITIONS, LLC,**

Defendants.

## FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Parties' Joint Stipulation of Dismissal (ECF No. 49), this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **6th day of November 2024.**

_Mark T. Pittman_

Mark T. Pittman
UNITED STATES DISTRICT JUDGE