United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Erin Marie Schmidt,
for the United States Trustee
erin.schmidt2@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EVENTIDE CREDIT ACQUISITIONS LLC, | § | Case No. 23-90007-MXM |
| et al.,[1] | § | |
| | § | (Jointly Administered) |
| Debtors. | | |

CHAPTER 11 NOTICE OF APPOINTMENT OF TRUSTEE
AND OF AMOUNT OF BOND

TO:   MARK E. ANDREWS, CHAPTER 11 TRUSTEE:

Pursuant to 11 U.S.C. § 1104(c), you are hereby appointed as Trustee in the above-captioned cases.

Your bond is fixed at **$10,000 personal recognizance.**

Pursuant to Federal Rule of Bankruptcy Procedure 2008, please signify your acceptance of this appointment by dating and signing this form as well as the required verified affidavit and returning it to the Office of the United States Trustee within five (5) days of the date of receipt. Pursuant to 11 U.S.C. § 322(a), you must ensure that a bond in favor of the United States is filed with the Clerk of the Court within five (5) days of the date of your selection as Trustee. The bond must be filed before you begin to perform your official duties. In addition, you must submit the security clearance information requested by the Office of the United States Trustee within ten (10) working days of the date of this appointment.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, respectively, are: Eventide Credit Acquisitions, LLC (1353) and BWH Texas LLC (9205).

DATED: October 1, 2025

/s/ Lisa L. Lambert
LISA L. LAMBERT
UNITED STATES TRUSTEE
REGION 6

I hereby accept my appointment as Trustee in the above-captioned case.

DATED: September 30, 2025

Mark E. Andrews