United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Erin Marie Schmidt,
for the United States Trustee
erin.schmidt2@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** § | **Chapter 11** | |
| § | | |
| **EVENTIDE CREDIT ACQUISITIONS LLC,** § | **Case No. 23-90007-MXM** | |
| *et al.*,[1] § | | |
| § | **(Jointly Administered)** | |
| **Debtors.** | | |

**APPLICATION OF THE UNITED STATES TRUSTEE
TO APPROVE APPOINTMENT OF TRUSTEE**

NOW COMES the United States Trustee for Region 6 and files this Application to Approve the Appointment of a Trustee in the above-entitled cases. In support of this Application, the United States Trustee would show as follows:

1. The above styled and numbered cases were commenced by the filing of voluntary petitions under Chapter 11 of the Bankruptcy Code on September 6, 2023.

2. On September 29, 2025, the Court ordered the United States Trustee to appoint a Trustee for these cases. ECF 933.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, respectively, are: Eventide Credit Acquisitions, LLC (1353) and BWH Texas LLC (9205).

3.	After consulting with Jeff Prostok, Suki Rosen, and Robin Phelan, counsel for the Debtors; Gary Leibowitz, counsel for the Committee of Unsecured Creditors; Andrew Guzzo and Kristi Kelly, counsel for the Consumer Borrowers, the United States Trustee has selected Mark E. Andrews to serve as Trustee.

4	Except as disclosed in the verified statement accompanying this application, Mark E. Andrews has no connection with the Debtors, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee.

The United States Trustee respectfully requests entry of an order approving the appointment of Mark E. Andrews as Trustee of the above-referenced estates.

Dated: October 1, 2025                                                       Respectfully Submitted,

LISA L. LAMBERT
UNITED STATES TRUSTEE
REGION 6

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov

### Certificate of Service

I certify that on October 1, 2025, a copy of this pleading was served on those parties entitled to receive ECF notice in these cases.

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt